| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bertelsman, William O | 2. Court or Organization<br><br>KY-ED | 3. Date of Report<br><br>05/06/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>35 West Fifth Street, Rm. 505<br>P. O. Box 1012<br>Covington, KY 41012-1012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Adjunct Teacher (part-time)(one class)(non-compensated) | Salmon P. Chase College of Law, Northern Kentucky University, Highland Heights, KY |
| 2.   Owner | 529 Trust Plans #1-#9 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 12 P 12: 31 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O | 05/06/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Council on Postsecondary Education |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O | 05/06/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Victory Gradison Government Reserve | A | Dividend | N | T | | | | | |
| 2. Dreyfus Municipal Bond Fund | B | Interest | K | T | | | | | |
| 3. Dreyfus Intermediate Municipal Bond Fund | C | Interest | L | T | | | | | |
| 4. Goldline (formerly Dreyfus Gold Fund) | | None | K | T | | | | | |
| 5. Legg Mason Europe Fund (stock) | A | Dividend | K | T | | | | | |
| 6. U.S. Bank, Fort Thomas, KY | A | Interest | J | T | | | | | |
| 7. Dreyfus Short Intermedidate Municipal Bond Fund | B | Interest | L | T | | | | | |
| 8. Dupree, Kentucky- Short/Med. Fund | A | Interest | L | T | | | | | |
| 9. Dupree, Kentucky - Tax Free Fund | B | Interest | N | T | | | | | |
| 10. ▆▆ Undeveloped Lots in Charlotte Co., Florida | | None | J | S | | | | | No Value-Assessed @$25,000 |
| 11. Fifth Third Bank (Account) | A | Interest | K | T | | | | | |
| 12. Fifth Third Bank, Fort Thomas, KY (Common Shares) | A | Dividend | L | T | | | | | |
| 13. Victory Established Value Fund G | A | Dividend | L | T | | | | | |
| 14. Dreyfus Growth & Income Fund | A | Dividend | J | T | | | | | |
| 15. Bank of Kentucky (Account) | C | Interest | L | T | | | | | |
| 16. Lincoln County, KY (Public Property) #533199AM7 | A | Interest | | | Sold | 3/1 | J | A | |
| 17. Procter & Gamble - Common stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Citizens Bank of Campbell Co., Kentucky (Accounts) | D | Interest | M | T | | | | | |
| 19. Victory Small Company Fund | A | Dividend | J | T | | | | | |
| 20. NCR Corp. (common stock) | | None | K | T | | | | | |
| 21. Pomeroy IT Solutions Res. (Common stock) | | None | J | T | | | | | formerly Pomeroy Computer |
| 22. BankAmerica Corp. (common stock) | A | Dividend | K | T | | | | | |
| 23. Bank of Kentucky (Account) | C | Interest | L | T | | | | | |
| 24. United States Savings Bonds (I) | B | Interest | L | T | | | | | |
| 25. Conagra Foods, Inc. | A | Dividend | J | T | | | | | |
| 26. First Data Corp. | A | Dividend | | | Sold | 9/25 | K | D | |
| 27. Sherwin Williams | A | Dividend | K | T | | | | | |
| 28. Tyco International Ltd. | A | Dividend | J | T | | | | | |
| 29. DWS Dreman High Return Fund | B | Dividend | L | T | | | | | |
| 30. Russell County, KY Hospital | A | Interest | J | T | | | | | |
| 31. American Express Co. | A | Dividend | J | T | | | | | |
| 32. Kroger Co. | A | Dividend | J | T | | | | | |
| 33. Harlan County, KY Health Care Facs Laurel Project | A | Interest | K | T | | | | | |
| 34. Eastern KY Univ. Revs. Sys (Due 2/1/09) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Victory Stock Index Fund (Account) | A | Dividend | J | T | | | | | |
| 36. Barbourville, KY EDK Bldg Rev (Union College) | A | Interest | J | T | | | | | |
| 37. Kentucky State Property & Bldg | A | Interest | | | Sold | 10/1 | K | A | |
| 38. J.M. Smucker Co. | A | Dividend | J | T | | | | | |
| 39. Comcast Corp. Class A | A | Dividend | J | T | | | | | |
| 40. 529 Trust #1 | B | Interest | K | T | | | | | |
| 41. 529 Trust #2 | B | Interest | M | T | | | | | |
| 42. 529 Trust #3 | B | Interest | M | T | | | | | |
| 43. 529 Trust #4 | B | Interest | M | T | | | | | |
| 44. 529 Trust #5 | B | Interest | M | T | | | | | |
| 45. 529 Trust #6 | B | Interest | M | T | | | | | |
| 46. Allstate Corp. | C | Dividend | N | T | | | | | |
| 47. BP PLC | B | Dividend | L | T | | | J | | |
| 48. Burlington Resources, Inc. | B | Dividend | | | Sold | 1/1 | J | A | Omitted Sale in 2006 |
| 49. Chevron-Texaco Corp. | B | Dividend | L | T | | | | | |
| 50. Duke Energy | A | Dividend | J | T | | | | | |
| 51. Clorox Co. | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Conoco Phillips | A | Dividend | J | T | | | | | |
| 53. Exxon Mobil Corp. | A | Dividend | L | T | | | | | |
| 54. General Mills, Inc. | A | Dividend | K | T | | | | | |
| 55. Pepsico, Inc. | B | Dividend | M | T | Partial Sale | 4/18 | J | A | |
| 56. Procter & Gamble Co. | A | Dividend | K | T | | | | | |
| 57. Southern Co. | B | Dividend | L | T | | | | | |
| 58. Sunoco, Inc. | A | Dividend | L | T | | | | | |
| 59. Wachovia Corp. | A | Dividend | J | T | | | | | |
| 60. Whirlpool Corp. | A | Dividend | K | T | | | | | |
| 61. Wisconsin Energy Corp. | B | Dividend | L | T | | | | | |
| 62. Yum Brands, Inc. | B | Dividend | L | T | | | | | |
| 63. U.S. Savings Bonds (H) | B | Interest | K | T | | | | | |
| 64. 529 Trust #7 | C | Interest | M | T | | | | | |
| 65. 529 Trust #8 | C | Interest | M | T | | | | | |
| 66. 529 Trust #9 | C | Interest | M | T | | | | | |
| 67. Elizabethtown, KY Public Properties Bond | B | Interest | | | Redeem | 4/1 | K | B | |
| 68. University of Louisville, KY Educational Bldg. Bond | B | Interest | | | Redeem | 5/1 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Kentucky State Turnpike Authority Bond | B | Interest | L | T | | | | | |
| 70. Kentucky State Property & Bldgs. Communication Revenue Bond | B | Interest | L | T | | | | | |
| 71. Northern Kentucky Water District Bond | A | Interest | L | T | | | | | |
| 72. Clay County, KY Justice Center Bond | B | Interest | K | T | | | | | |
| 73. Owensboro, KY Public Project Bond | B | Interest | L | T | | | | | |
| 74. Kentucky State Property & Bldgs Revenue Bond | C | Interest | L | T | | | | | |
| 75. E-Trade Account | A | Interest | J | T | | | | | |
| 76. Ky. State Turnpike Bond 3.6% | A | Interest | J | T | | | | | |
| 77. Ky. State Turnpike Bond 3.75% | A | Interest | K | T | | | | | |
| 78. Automatic Data Processing, Inc. | A | Dividend | K | T | | | | | |
| 79. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 80. T-Rowe Price Equity Index 500 | A | Interest | K | T | | | | | |
| 81. Templeton Foreign Fund Cl A | A | Interest | K | T | | | | | |
| 82. Growth Fund of America | A | Interest | K | T | | | | | |
| 83. Ky. State Property & Bldg. Commn. Bond | A | Interest | K | T | | | | | |
| 84. Jessamine Co., KY School 2/1/11 3.125% | A | Interest | K | T | | | | | |
| 85. Fleming Co., KY School 2.5% | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. J.P.Morgan Chase Bank | A | Interest | J | T | | | | | |
| 87. Fifth Third Bank (CD) | A | Interest | J | T | | | | | |
| 88. Ameriprise Fin. Inc. | A | Dividend | J | T | | | | | |
| 89. Cambpell County, KY Pub. Project (due 12/1/09) | A | Interest | K | T | | | | | |
| 90. Peabody Energy Group | A | Interest | K | T | | | | | |
| 91. No. KY Water District | B | Interest | L | T | | | | | |
| 92. KY Interlocal School School Trans. | A | Interest | K | T | | | | | |
| 93. KY Asset/Liability Commission | A | Interest | L | T | | | | | |
| 94. KY Economic Development Finance Authority | A | Interest | M | T | | | | | |
| 95. KY Interlocal School (due 3/1/11) | A | Interest | K | T | | | | | |
| 96. American High Income Trust | A | Interest | J | T | | | | | |
| 97. American High Income Trust | A | Interest | K | T | | | | | |
| 98. Tronox Incorporated | A | Dividend | J | T | | | | | |
| 99. Edmonson Co., KY School Dist.Bldg.Rev. | A | Interest | K | T | Buy | 4/17 | K | | |
| 100. Middlesboro, KY School Bldg. Rev. | A | Interest | K | T | Buy | 4/17 | K | | |
| 101. Hart Co., KY Public Property | A | Interest | K | T | Buy | 5/7 | K | | |
| 102. Louisville & Jefferson Co. Metro Gov't Health | C | Interest | M | T | Buy | 6/25 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Bowling Green, KY Independent (due 5/1/13) | A | Interest | K | T | Buy | 3/1 | K | | |
| 104. Broadridge Financial Solutions | A | Dividend | J | T | Spin Off | 4/2 | J | | |
| 105. Covidien Ltd. | A | Dividend | J | T | Spin Off | 7/2 | J | | |
| 106. Western Union Co. | A | Dividend | K | T | Spin Off | 10/2 | J | | Omitted from 2006 |
| 107. Patriot Coal Co. | A | Dividend | J | T | Buy | 9/13 | J | | Omitted from 2006 |
| 108. Teradata Corp. | A | Dividend | J | T | Spin Off | 10/7 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O | 05/06/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bertelsman, William O | 05/06/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544